```
                                              FILED

                                        18 AUG 22 PM 7:36

         UNSEALED PER ORDER OF COURT     CLERK, U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:        JRM      DEPUTY
```



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 18CR3739 WQH |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 959, 960, and 963 – International Conspiracy to Distribute Cocaine; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| MANUEL AGUSTIN RODRIGUEZ-SERNA, | |
| Defendant. | |

The grand jury charges:

Count 1

International Conspiracy to Distribute Cocaine

Beginning on a date unknown to the grand jury and continuing up to and including August 22, 2018, in the countries of Colombia, Venezuela, Costa Rica, Guatemala, Mexico, and elsewhere, defendant MANUEL AGUSTIN RODRIGUEZ-SERNA, who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled

JEHO:MEH:nlv:San Diego:8/22/18

Substance; intending, knowing, and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

## Forfeiture Allegations

1. The allegations contained in Count 1 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant MANUEL AGUSTIN RODRIGUEZ-SERNA shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: August 22, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
JARAD E. HODES
Assistant U.S. Attorney

By: _____
MEGHAN E. HEESCH
Assistant U.S. Attorney

3