```
 1                    UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF CALIFORNIA

 3    Before The Honorable RUTH BERMUDEZ MONTENEGRO, Magistrate Judge

 4

 5    UNITED STATES OF AMERICA,      )
                                     )
 6                  Plaintiff,       )    CASE NO.
                                     )    3:18-cr-3739-WQH
 7      VS.                          )
                                     )
 8    MANUEL AGUSTIN RODRIGUEZ-SERNA,)
                                     )
 9                  Defendant.       )
      _____)
10                                         San Diego, California
                                           Friday, November 16, 2018
11

12           TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
                             OF PROCEEDINGS
13

14                 Liberty Court Player 1:44-1:48 p.m.

15    APPEARANCES:

16    For Plaintiff:      UNITED STATES ATTORNEY'S OFFICE
                          880 Front Street
17                        San Diego, California 92101
                          BY: ROSARIO GONZALEZ
18                            ASSISTANT UNITED STATES ATTORNEY

19    For Defendant:      MARC B. GELLER APC
                          225 Broadway, Suite 2100
20                        San Diego, California 92101
                          BY: MARC B. GELLER, ESQ.
21                            ATTORNEY AT LAW

22    For Defendant:      LAW OFFICE OF MARJORIE BARRIOS
                          P.O. Box 500
23                        San Bernardino, California 92402-0500
                          BY: MARJORIE BARRIOS, ESQ.
24                            ATTORNEY AT LAW

25    Transcribed By:     Ellen L. Simone
```

```
 1              (Proceedings begin at 1:44 p.m.)
 2                          -o0o-
 3         THE CLERK:  Call matter number 1 on the sealed log.
 4  18cr3739.  U.S.A. versus Manuel Agustin Rodriguez Serna.
 5         MR. GELLER:  Good afternoon, Your Honor.  Marc Geller.
 6         I'm going to, with the Court's permission, appear
 7  specially, along with counsel Marjorie Barrios, today for
 8  purposes of arraignment on the sealed indictment.
 9         They plan to come in as counsel of record.  At this
10  point, they aren't admitted.
11         I don't know, Your Honor, if the Court knows, can he
12  be admitted with the clerk -- at the clerk's office here in
13  this courthouse?  It has to be Downtown in San Diego?  Okay.
14         So that's fine.  Then I will appear especially at this
15  time.
16         THE COURT:  Thank you, Mr. Geller.
17         MR. GELLER:  And he's not admitted before the next
18  court appearance, I'll appear again.
19         THE COURT:  Okay.  Very well.
20         MS. BARRIOS:  And Your Honor, just for the record, he
21  was mentioning him because I work with James Gass, and he will
22  be the attorney of record.
23         THE COURT:  Okay.  Very well.
24         THE CLERK:  Is there a motion to unseal?
25         THE COURT:  Ms. Gonzalez?
```

1     MS. GONZALEZ:  Your Honor, at this time we would move
2  to unseal the indictment for all purposes.
3     THE COURT:  All right.  Thank you.
4     MR. GELLER:  I guess we need to get a copy of the
5  unsealed indictment at this point.
6     THE COURT:  Okay.  Very well.
7     THE CLERK:  Is Manuel Agustin Rodriguez-Serna your
8  true name, sir?
9     THE DEFENDANT:  Yes.
10     THE CLERK:  You are hereby informed that an indictment
11  has been filed charging you with international conspiracy to
12  distribute cocaine and criminal forfeitures.
13     Counsel, have you received a copy of the indictment
14  and waive further reading?
15     MR. GELLER:  Yes, and so waived.
16     THE CLERK:  Thank you.
17     Sir, you're further informed that you have a right to
18  be represented by counsel at all stages of the proceedings
19  before the Court, you have the right to remain silent, you have
20  the right a trial by jury, you have the right to confront and
21  cross examine any witnesses who testify against you, and you
22  have the right to have witnesses subpoenaed to testify on your
23  behalf.
24     How does Mr. Rodriguez-Serna plead to the indictments?
25     MR. GELLER:  Yes.

1    THE CLERK:  How does he plead?

2    MR. GELLER:  We would ask that a not guilty plea be
3  entered at this time.

4    THE COURT:  A not guilty will be entered into the
5  record.

6    This matter will be set for motion hearing and trial
7  setting.  I have here January 7th, 2:00 p.m., in front of Judge
8  Hayes.

9    Anything further on this matter?

10   MS. GONZALEZ:  Your Honor, with regard to bail, at
11 this time, the government would move to detain based on risk of
12 flight.  This is presumption case, and we would request at
13 least three days to prepare.

14   MR. GELLER:  We would ask, based upon the fact that
15 new counsel is going to be sworn in, if we could set the
16 detention hearing for next Monday?  And that will be before
17 Your Honor, I assume?

18   I don't mean next Monday, a week from Monday.  The
19 Monday after Thanksgiving.

20   THE COURT:  Okay.  Very well.

21   MR. GELLER:  I'm already thinking that it's --
22 Thanksgiving's happening.

23   THE COURT:  Okay.  Very well.

24   All right.  So you wish to set this matter for a
25 detention hearing for November 26; is that correct?

1    MR. GELLER:  Yes, Your Honor.
2    THE COURT:  Okay.  Any objections?
3    MS. GONZALEZ:  No objection, Your Honor.
4    THE COURT:  All right.  Very well.  That will be
5 November 26th for the detention hearing, and it will be at
6 10:00 a.m.
7    MR. GELLER:  Thank you, Your Honor.
8    THE COURT:  All right.  Thank you.
9    MS. BARRIOS:  Thank you, Your Honor.
10   MS. GONZALEZ:  Thank you.
11   MS. BARRIOS:  I'm sorry, Your Honor.  That will be
12 here in this courtroom?
13   THE COURT:  That's correct.
14   MS. BARRIOS:  Thank you.
15   THE COURT:  Okay.
16   (End of proceedings at 1:48 p.m.)
17                    -o0o-

1           C-E-R-T-I-F-I-C-A-T-I-O-N

2

3         I hereby certify that I am a duly appointed,
4    qualified and acting official Court Reporter for the United
5    States District Court; that the foregoing is a true and correct
6    transcript of the proceedings had in the aforementioned cause;
7    that said transcript is a true and correct transcription of my
8    stenographic notes; and that the format used herein complies
9    with rules and requirements of the United States Judicial
10   Conference.
11   Dated:   April 11, 2019, at San Diego, California.

16                           /s/ Ellen L. Simone
                             _____
17                           Ellen L. Simone, RMR, CRR
                             Official Court Reporter