```
 1                    UNITED STATES DISTRICT COURT

 2               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   UNITED STATES OF AMERICA,           )
                                          )
 5        Plaintiff,                      ) No. 18-CR-3739-WQH
                                          )
 6           v.                           ) December 23, 2019
                                          )
 7   MANUEL AGUSTIN RODRIGUEZ-SERNA,      ) 10:22 a.m.
                                          )
 8        Defendant.                      ) San Diego, California
     _____      )
 9

10

11                  TRANSCRIPT OF SENTENCING HEARING
                  BEFORE THE HONORABLE WILLIAM Q. HAYES
12                   UNITED STATES DISTRICT JUDGE

     APPEARANCES:
13

     For the Plaintiff:        United States Attorney's Office
14                             By:  MEGHAN HEESCH, ESQ.
                               880 Front Street, Room 6293
15                             San Diego, California  92101

16   For the Defendant:        Law Office of Alfred S. Donau III
                               By:  ALFRED S. DONAU, ESQ.
17                             3505 N. Campbell Avenue, Suite 501
                               Tucson, Arizona 85719
18
     Court Interpreter:        Matias Pizarro
19                             Certified Spanish Interpreter

20

21

22   Court Reporter:           Melinda S. Setterman, RPR, CRR
                               District Court Clerk's Office
23                             333 West Broadway, Suite 420
                               San Diego, California, 92101
24                             melinda_setterman@casd.uscourts.gov

25   Reported by Stenotype, Transcribed by Computer
```

| | | |
|---|---|---|
| | 1 | SAN DIEGO, CALIFORNIA, DECEMBER 23, 2019, 10:22 A.M. |
| | 2 | * * * * |
| | 3 | THE CLERK:  Number 3, 18-CR-3739, United States of |
| | 4 | America vs Manuel Agustin Rodriguez-Serna for a sentence with |
| 10:22 | 5 | PSR hearing. |
| | 6 | MR. DONAU:  Good morning, Your Honor.  Alfred Skip |
| | 7 | Donau appearing for Mr. Rodriguez-Serna, who is in custody and |
| | 8 | will be assisted by the Court interpreter. |
| | 9 | THE COURT:  Good morning. |
| 10:22 | 10 | MS. HEESCH:  Good morning, Your Honor.  Meghan Heesch |
| | 11 | on behalf of the United States. |
| | 12 | THE COURT:  Good morning. |
| | 13 | (Defendant present.) |
| | 14 | THE COURT:  All right.  Counsel, I have reviewed the |
| 10:23 | 15 | presentence report, the defense objections to the presentence |
| | 16 | report, the addendum to the presentence report, the defense |
| | 17 | sentencing summary chart, the defendant's social history |
| | 18 | report, the government's amended sentencing summary chart, and |
| | 19 | the defendant's sentencing memo, and the government's motion. |
| 10:23 | 20 | Counsel, have you had an opportunity to review and |
| | 21 | discuss the presentence report with your client? |
| | 22 | MR. DONAU:  I have, Your Honor. |
| | 23 | THE COURT:  All right.  And the objection deals with |
| | 24 | the plus three for role pursuant to Section 3B1.1B; is that |
| 10:24 | 25 | right? |

```
 1              MR. DONAU:  Correct.

 2              THE COURT:  All right.  I reviewed all the materials,

 3    and I am inclined to sustain the objection.  I certainly can

 4    understand why it was recommended by the probation officer, but

 5    in light of the entirety of the materials, I am inclined to

 6    sustain your objection and not impose the plus three.

 7              So with those comments in mind, have I addressed the

 8    objections to the presentence report?

 9              MR. DONAU:  No, Your Honor.

10              THE COURT:  Is there anything else that you have that

11    you want me to address with respect to the objections?

12              MR. DONAU:  No.  I -- you sustained them.  I don't

13    think so, Your Honor.

14              THE COURT:  All right.  And so anything else -- any

15    arguments you would like to make with respect to the sentence,

16    counsel?

17              MR. DONAU:  Your Honor, we have -- we submitted, in

18    addition, several letters that I hope Your Honor had the

19    opportunity to review.

20              THE COURT:  Yes.  Those are -- those are -- many of

21    them are from the family members; is that right?

22              MR. DONAU:  Many of them are, Your Honor, including

23    one letter from my client.

24              THE COURT:  Yes.  Those are defendant's sentencing

25    letter memorandum, letter to the Court from defendant, those
```

10:24 (line 5)
10:24 (line 10)
10:24 (line 15)
10:24 (line 20)
10:25 (line 25)

1    submissions?

2              MR. DONAU:  Yes, Your Honor.

3              THE COURT:  Yes, I have reviewed all of those.

4              MR. DONAU:  All right.  Thank you.

10:25   5         I urge Your Honor to consider Mr. Rodriguez-Serna's

6    life in total.  For the first 50 years of his life, he was an

7    exemplary individual who brought himself up from poverty,

8    married his high school sweetheart.  They raised together a

9    family of a son, a daughter.  The daughter is a lawyer.  The

10:25   10   son is an orthopedic surgeon.  They adopted two children from

11   the wife's deceased sister.  One of those is almost a civil

12   engineer.

13             He worked hard, and I think that has been demonstrated

14   by the documents that we have submitted to support his -- his

10:26   15   hard work and his good parenting and a loving husband.

16             He made a terrible decision when he was sued by a

17   close friend, lost the Court case, and rather than walk out on

18   the amount owed or declare bankruptcy, he sought funds from an

19   individual who was involved in drug trafficking.

10:26   20            At first he was nothing more than a go-fer.  Then he

21   carried a phone to be used by other individuals, not himself.

22   He is -- he has demonstrated a lifetime, except for the last

23   four years, as a good man.  And I am hoping that the Court

24   recognizes all of the other elements that are contained in this

10:26   25   file and give him a sentence that reflects his life, not the

```
 1   last four years.
 2           THE COURT:  All right.  And I certainly understand the
 3   arguments that you made with respect to the phone and that he
 4   used the phone -- or was really the carrier of the phone, but
 5   certainly the -- your Document 59, paragraph two, he admits in
 6   paragraph two on the factual basis for the plea agreement that
 7   he did more than just have a phone.
 8           MR. DONAU:  Well, he -- he did more than just have a
 9   phone, in that -- I think it is clear that he had no ability to
10   make any decisions or make any orders on his own.  Those were
11   done by others.
12           THE COURT:  Right.  Although -- I don't know if the
13   word is disagreement, but in paragraph two says Rodriguez-Serna
14   certainly admits he was a trusted member of the organization
15   and was responsible for a number of aspects of the
16   organization's operations.
17           MR. DONAU:  He went from a go-fer to a trusted member
18   in that he was honorable and trustworthy, and they trusted him
19   to carry out the phone -- carry the phone and communicate their
20   orders.
21           THE COURT:  Right.  Well, says here, Defendant
22   Rodriguez-Serna admits he entered into an agreement with other
23   members of the organization to coordinate organizing the
24   transportation and distribution of large quantities of cocaine
25   for importation into Mexico.
```

```
 1            MR. DONAU:  He did organize -- he did coordinate at

 2   the behest of the leaders and organizers.

 3            THE COURT:  All right.  Any other additional comments

 4   you would like to make?

 5            MR. DONAU:  I think that we're pretty expansive in

 6   what we filed, Your Honor.  And any other comments, if the

 7   Court has questions about any aspect of --

 8            THE COURT:  I just have one.  Would you come to

 9   sidebar.

10            MR. DONAU:  Yes.  Thank you, Your Honor.

11      (Sidebar proceedings took place.)

12            THE COURT:  All right.  Counsel, in light of those

13   comments then, I'll continue the sentencing until Friday at

14   1:30, Friday, December 27th at 1:30.

15            And I note -- as I noted this before, he has a number

16   of family members here, and they are not required to return.  I

17   know that he has very strong family support.  Many of them have

18   traveled a great distance to be here, and so I understand that,

19   and I certainly give that, you know, the weight that it

20   deserves.

21            And then you can certainly explain to the family

22   members that they are not required to come back as well.

23            So December 27th at 1:30.

24            MR. DONAU:  Yes.  Thank you, Your Honor.

25            THE COURT:  Thank you.
```

```
 1          (Proceedings concluded at 10:37 a.m. )

 2                          ---o0o---

 3                    C-E-R-T-I-F-I-C-A-T-I-O-N

 4

 5          I hereby certify that I am a duly appointed, qualified

 6   and acting official Court Reporter for the United States

 7   District Court; that the foregoing is a true and correct

 8   transcript of the proceedings had in the aforementioned cause;

 9   that said transcript is a true and correct transcription of my

10   stenographic notes; and that the format used herein complies

11   with the rules and requirements of the United States Judicial

12   Conference.

13          DATED:   January 17, 2020, at San Diego, California.

14
                                  /s/ Melinda S. Setterman
15                                _____
                                  Melinda S. Setterman,
16                                Registered Professional Reporter
                                  Certified Realtime Reporter
17

18

19

20

21

22

23

24

25
```