# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Manuel Agustin Rodriguez-Serna | )<br>)<br>)<br>)<br>)    Case No:   18cr3739-WQH<br>)    USM No: |
| Date of Original Judgment:     12/30/2019<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br><br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant was sentenced to 130 months in the custody of the Bureau of Prisons for International Conspiracy to Distribute Cocaine in violation of 21 U.S.C. §§ 959, 960 & 963. Defendant now moves for a reduced sentence under 18 U.S.C. § 3582(c)(2) as a result of the U.S. Sentencing Commission's amendments to USSG § 4C1.1, known as the "zero-point offender" provision. (ECF Nos. 88, 93.) At sentencing, the Court found that Defendant's total offense level after all adjustments and departures was 35. Even if the Court applied a 2-level reduction pursuant to § 4C1.1 for "zero-point offender," the low end of the resulting amended guidelines range of 33 would be 135 months, which is higher than the below-Guidline sentence of 130 months that the Court originally imposed. Although the Court may have the discretion to grant Defendant's motions pursuant to USSG § 1B1.10(b)(2)(B), the Court declines to reduce Defendant's sentence because, although Defendant had no prior criminal history, the Court finds that the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense under 18 U.S.C. § 3553(a) continues to support the sentence imposed. As discussed in detail at sentencing and in the factual basis of the Plea Agreement, Defendant was a trusted member of a narcotics trafficking organization, who participated in the coordination and transportation of large quantities of cocaine for importation into Mexico and with the cocaine ultimately intended to be transported into the United States. The 130-month custodial sentence is sufficient but not greater than necessary to comply with the purposes set forth in § 3553. The Motions for Reduction in Sentence are denied. (ECF Nos. 88, 93.)

Except as otherwise provided, all provisions of the judgment dated    12/30/2019    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:     02/10/2026            *William Q. Hayes*
                                          *Judge's signature*

Effective Date: _____         Hon. William Q. Hayes, U.S. District Judge
         *(if different from order date)*                    *Printed name and title*